**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. _____ |
| RICHARD M. GROSS, ) | |
| 335 Glenferrie Road ) | Jury Trial: No |
| Malvern VIC 3114 ) | |
| Australia ) | |
| Defendant. ) | |
| _____) | |

**COMPLAINT**

Plaintiff, the United States of America, at the request and with the authorization of a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the penalties assessed against Richard M. Gross under 31 U.S.C. § 5321(a)(5) for his non-willful failure to report his interest in a foreign financial account for 2013, 2014, 2015, and 2016. In support of this action, the United States alleges as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1345 and 1355.

2. Venue is proper in this district by virtue of Venue properly lies in this district under 28 U.S.C. § 1391(c)(3) because the defendant, Richard M. Gross resides in Australia.

**Regulatory Background**

3. All citizens and residents of the United States who have a financial interest in, or signature or other authority over, foreign financial accounts with an aggregate maximum value of

greater than $10,000 at any point during the calendar year are required to file an annual report disclosing the existence of each account. 31 U.S.C. § 5314; 31 C.F.R. § 1010.350; 31 C.F.R. § 1010.306.

4. For 2013 through 2016, the annual report, known as a Report of Foreign Bank and Financial Accounts ("**FBAR**"), for a calendar year was due no later than June 30 of the following calendar year. 31 U.S.C. § 5314(a); 31 C.F.R. §§ 1010.306(c), 1010.350.

5. The Secretary of the Treasury can assess penalties against an individual who fails to comply with these reporting requirements. 31 U.S.C. § 5321(a)(5).

**Richard M. Gross Failed to Timely Report His Interest in Foreign Bank Accounts**

6. Richard M. Gross is a United States citizen born in the United States.

7. During the 2013, 2014, 2015, and 2016 calendar years, Richard M. Gross had an interest, signatory authority, or other authority over foreign bank accounts. In 2013, he had an interest, signatory authority, or other authority over three accounts located in Australia with Westpac of Australia and one account located in Hong Kong with United Overseas Bank Limited of Singapore. In 2014, he had an interest, signatory authority, or other authority over two accounts located in Australia with Westpac of Australia and one account located in Hong Kong with United Overseas Bank Limited of Singapore. In 2015, he had an interest, signatory authority, or other authority over two accounts located in Australia with Westpac of Australia and one account located in Hong Kong with United Overseas Bank Limited of Singapore. In 2016, he had an interest, signatory authority, or other authority over one account located in Australia with Westpac of Australia and one account located in Hong Kong with United Overseas Bank Limited of Singapore.

8. The aggregate balance of the accounts described in Paragraph 7 exceeded $10,000 for 2013, 2014, 2015, and 2016.

9. Richard M. Gross was required by law to file FBARs disclosing his financial interest in his foreign bank accounts for 2013, 2014, 2015, and 2016.

10. Richard M. Gross did not file FBARs for 2013, 2014, 2015, and 2016.

### Count I: Judgment for Civil Penalties Assessed Against Richard M. Gross

11. On October 24, 2022, a delegate of the Secretary of the Treasury assessed civil penalties against Richard M. Gross under 31 U.S.C. 5321(a)(5) in the amount of $14,489 each for 2013, 2014, 2015, and 2016 for a total amount of $57,956.

12. With respect to calendar years 2013, and 2014, the penalty for a non-willful FBAR violations may not exceed $10,000.00, as those years are not subject to adjustment for inflation under 31 C.F.R. § 1010.821(b).

13. A delegate of the Secretary of the Treasury sent notices of the assessments to Richard M. Gross and demanded payment of the assessments.

14. Despite notice and demand, Richard M. Gross failed to pay the penalties described in Paragraphs 11 and 12.

15. Interest and late-payment penalties have accrued, and will continue to accrue, on the penalties described in Paragraphs 11 and 12 pursuant to 31 U.S.C. § 3717 until they are paid in full.

16. As of February 26, 2024, Richard M. Gross is indebted to the United States with respect to the penalties described in Paragraphs 11 and 12 in the amount of $52,650.68, plus statutory additions that continue to accrue thereafter as provided by law.

## **Claim for Relief**

**WHEREFORE**, Plaintiff the United States of America respectfully prays that this Court:

A. Enter judgment in favor of the United States and against Richard M. Gross, with respect to the civil penalty assessments described in Paragraph 11 above, in the total amount of $52,650.68 as of February 26, 2024, plus statutory interest and additions that continue to accrue after that date as provided by law;

B. Award the United States its costs incurred in prosecuting this action; and

C. Such other and further relief as this Court deems just and proper.

Dated:  October 23, 2024	DAVID A. HUBBERT

Deputy Assistant Attorney General

*/s/ Ann E. Nash*
ANN E. NASH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: 202-307-6489
Fax: 202-514-6866
ann.e.nash@usdoj.gov
*Counsel for the United States of America*